United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> WAGNER & PIGOZZI, a California corporation, <br><br> Defendant(s). | No. C 05-3000 MEJ <br><br> **ORDER VACATING FEBRUARY 2, 2006 CASE MANAGEMENT CONFERENCE** <br><br> **ORDER FOR PLAINTIFFS TO FILE REQUEST FOR ENTRY OF DEFAULT** |

The Court is in receipt of Plaintiffs' Case Management Statement, filed January 23, 2006, in which Plaintiffs state that they will request default in this matter. Based on Plaintiffs' statement, the Court hereby VACATES the February 2, 2006 Case Management Conference scheduled in this matter. Plaintiffs shall file a request for entry of default pursuant to Federal Rule of Civil Procedure 55(a) by February 16, 2006. If the Clerk of Court enters default, Plaintiffs shall then file a motion for default judgment pursuant to Rule 55(b) within 30 days from the entry of default. If, however, Defendant completes payment as stated in the case management statement, Plaintiffs shall so inform the Court.

**IT IS SO ORDERED.**

Dated: January 24, 2006

MARIA-ELENA JAMES
United States Magistrate Judge