IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> WAGNER & PIGOZZI, <br><br> Defendant(s).      / | No. C 05-3000 MEJ <br><br> **ORDER SCHEDULING CASE MANAGEMENT CONFERENCE** |

On May 3, 2006, the Court granted the parties' stipulation to set aside default. Accordingly, the Court shall conduct a case management conference on June 1, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties shall file a joint case management statement, using the undersigned's standing format, by May 25, 2006. The parties are reminded that chambers copies of all e-filed documents must be submitted by the next business day.

**IT IS SO ORDERED.**

Dated: May 3, 2006

MARIA-ELENA JAMES
United States Magistrate Judge