Law Offices of
# PAUL J. STEINER
Sacramento Street Tower, Suite 700
550 California Street
San Francisco, California 94104
∎
[e-mail paul@sfpaulaw.com]

Civil Litigation                                                                                    Telephone (415) 981-6100
Mediation and Arbitration                                                                Facsimile  (415) 984-0950

April 20, 2006

Judge Magistrate Maria-Elena James
Northern District of California
450 Golden Gate Avenue, 16th FL
San Francisco, CA  94102

      Re:    *Board of Trustees of the Automotive Industries Welfare v Wagner & Pigozzi*
            Case No. C 05 3000 MEJ
            Judge Magistrate Maria-Elena James

Dear Judge James:

    This matter is on calendar June 1, 2006, for a Case Management Conference.  I had several schedule conflicts when this hearing was noticed and have tried to re-arrange my schedule unsuccessfully.

    I have communicated with opposing counsel who has no objection, and respectfully request that the Case Management Conference be put over to ~~June 8, or~~ June 15, 2006, both dates of which are available on both parties' calendar's.

    Thank you for your consideration.

                Respectfully,

                / S /

                Paul J. Steiner

CMK\
Encl. as stated.

cc ERSKINE + TULEY

The parties shall file an updated Joint Case Management Conference Statement, including ADR process choice, by June 8, 2006.

Dated: May 24, 2006



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA