IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> WAGNER & PIGOZZI, <br><br> Defendant(s). | No. C 05-3000 MEJ <br><br> **ORDER VACATING JUNE 15, 2006 CASE MANAGEMENT CONFERENCE** <br><br> **ORDER REFERRING PARTIES TO NON-BINDING ARBITRATION** |

The Court is in receipt of the parties' First Amended Joint Case Management Statement, filed May 24, 2006. Upon review of the parties' statement, the Court finds a case management conference unnecessary and hereby VACATES the June 15, 2006 C.M.C. Although the parties request an early date for cross motions for summary judgment and state that ADR is inappropriate in this case, the Court finds that ADR could conserve both the Court's and the parties' resources. Accordingly, the parties are hereby REFERRED to non-binding arbitration within 90 days from the date of this Order. Upon completion of the ADR process, the parties shall file an updated joint statement. If necessary, the Court shall schedule dispositive motion and trial dates at that time.

**IT IS SO ORDERED.**

Dated: May 26, 2006

MARIA-ELENA JAMES
United States Magistrate Judge