United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE FUND, et al., <br><br>    Plaintiff(s), <br><br> vs. <br><br> WAGNER & PIGOZZI, <br><br>    Defendant(s). | No. C 05-3000 MEJ <br><br> **ORDER RE: ADR PROCESS** |

On May 26, 2006, the Court issued an order referring the parties to arbitration. Doc. #24. Please take notice that the May 26 referral is hereby VACATED and the parties are instead referred to court-sponsored mediation.

**IT IS SO ORDERED.**

Dated: May 30, 2006

MARIA-ELENA JAMES
United States Magistrate Judge