1  Paul J. Steiner SBN 41117
   Law Offices of Paul J. Steiner
2  550 California Street
   Sacramento Tower, Suite 700
3  San Francisco, CA  94104
   Telephone: (415) 981-6100
4  Attorneys for Defendant
   WAGNER & PIGOZZI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE AUTOMOTIVE INDUSTRIES WELFARE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WAGNER & PIGOZZI, a California corporation,<br><br>Defendants. | Case No.  C 05 3000 MEJ<br><br>STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE<br><br>ORDER CLOSING FILE |

The Parties having reached settlement of the above entitled matter including agreement for dismissal of the within action, it is hereby stipulated by the parties, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

Dated: 9/21/06                                   Dated: 9-20-06

ERSKIN & TULLEY, APC                             LAW OFFICES OF PAUL J. STEINER

By: _____                      By: _____
    Michael J. Carroll,                               Paul J. Steiner,
    Attorneys for Plaintiffs                          Attorneys for Defendants

The Clerk of Court shall close the file.

K:\W\Wagner & Pigozzi 3709\Pleadings\stip for dismissal with prejudice.wpd

Dated: September 25, 2006

IT IS SO ORDERED
Judge Maria-Elena James

STIPULATION FOR DISMISSAL WITH PREJUDICE                CASE NO. C 05 3000 MEJ